UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVEN JOHNSON,<br><br>        Petitioner,<br><br>  vs.<br><br>M.S. EVANS,<br><br>        Respondent.<br>_____/ | 1:07-cv-01507 AWI DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

   IT IS SO ORDERED.

**Dated:   October 30, 2007**            **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE