# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVEN JOHNSON,<br><br>            Petitioner,<br><br>   v.<br><br>M.S. EVANS,<br><br>            Respondent. | 1:07-cv-01507 AWI DLB HC<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY<br><br>[Doc. 8] |

On February 26, 2008, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed for failure to comply with a court order, and judgment was entered this same date. (Court Docs. 5, 6, 7.)

On March 24, 2008, Petitioner filed a notice of appeal. (Court Doc. 8.) Although no express request was made for a certificate of appealability, the notice of appeal shall be deemed to constitute a request for a certificate. See Fed. R.App. P. 22(b); United States v. Asrar, 108 F.3d 217, 218 (9th Cir. 1997).

When a district court denies a habeas petition on procedural grounds without reaching the underlying constitutional claims, the petitioner must show, in order to obtain a certificate of appealability: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484 (2000). While both showings must be made to obtain a certificate of appealability, "a court

1 may find that it can dispose of the application in a fair and prompt manner if it proceeds first to
2 resolve the issue whose answer is more apparent from the record and arguments." <u>Slack</u>, 529
3 U.S. at 485.

4       The Court finds that Petitioner has failed to make an adequate showing.  The Court does
5 not find that jurists of reason would not find it debatable whether the petition was properly
6 dismissed for Petitioner's failure to comply and/or respond to the Court's order.   Petitioner
7 cannot proceed unless his claims are exhausted, and Petitioner has failed to provide any
8 information concerning exhaustion despite the court's orders.  Petitioner has not made the
9 required substantial showing of the denial of a constitutional right.  Accordingly, the Court
10 hereby DECLINES to issue a certificate of appealability.

12 IT IS SO ORDERED.
13 **Dated:      April 29, 2008**              /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE